# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11cv286

| | |
|---|---|
| TD BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RICHARD G. SIEBURG, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Previously, the parties reported to the Court that this case had settled and that a stipulation of dismissal would be filed once the final settlement documents were signed. To date, however, the parties have not filed a stipulation of dismissal. This case is currently set for the Court's October 15, 2012, trial calender. Absent the filing of a stipulation of dismissal prior to this time, this case will proceed to trial as scheduled.

Signed: September 6, 2012

Dennis L. Howell
United States Magistrate Judge